IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:18-cr-0043-CG |
| ) | [18 U.S.C. § 111] |
| ROBERT COLBY BURNS ) | |
| ) | INFORMATION |

The United States Attorney charges:

### COUNT 1

On or about February 3, 2017, in Mobile County, within the Southern District of Alabama, the defendant,

### ROBERT COLBY BURNS,

knowingly, and by means and use of a dangerous weapon, that is a firearm, did forcibly assault, resist, oppose, impede, intimidate and interfere with Angelo Fermo, a Federal officer as designated in Section 1114 of Title 18, while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111.

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Brandon W. Bates
Assistant United States Attorney